**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00266-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE REYES,

        Defendant.

---

**ORDER CONTINUING ORIGINAL TERM OF SUPERVISED RELEASE**

---

       This matter comes before the Court on a report from the probation officer that defendant violated conditions of his supervised release.  On April 25, 2013, defendant appeared before the Court on the alleged violations in the probation officer's petition.  The Court continued the proceedings and will assess the defendant's supervision adjustment at a subsequent compliance review hearing.  It is

       ORDERED that the defendant's supervision be continued to the original term, and that all previously imposed conditions of supervision remain in full force and effect.  It is

       FURTHER ORDERED that the defendant's conditions of supervised release be modified to include a special condition requiring the defendant to reside in an approved Residential Reentry Center (RRC), for a term of 180 days, to commence as soon as bed space is available, and that the defendant comply without exception or excuse, all rules, regulations, policies, directives, orders, and contractual provisions, if any, imposed by the residential reentry center in which he is placed.

       DATED at Denver, Colorado, this ___9th___ day of May, 2013.

                            BY THE COURT:

                            ___s/Lewis T. Babcock_____
                            LEWIS T. BABCOCK
                            Senior United States District Judge