# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00266-LTB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE REYES,

        Defendant.

---

## ORDER CONTINUING SUPERVISED RELEASE AND WITHDRAWING THE VIOLATION PETITION

---

        This matter comes before the Court upon request by the probation officer to withdraw the supervised release violation petition in this case. The Court, having been advised in the facts and premises of the above case, hereby

        ORDERS that the defendant is continued on supervised release and that the violation petition regarding the alleged violations be withdrawn.

        DATED at Denver, Colorado, this __2nd__ day of January, 2014.

        BY THE COURT:

        s/Lewis T. Babcock
        LEWIS T. BABCOCK
        Senior United States District Judge